IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

KAINA ANDREA ANGULO-PARRA,
YEITCKER A. PEREZ MARTINEZ, and
JULIANNYS BEATRIZ DELGADO
MAESTRE,

        Defendants.

**8:25-CR-241**

**ORDER FOR DISMISSAL**

This matter is before the Court on the Government's Motion to Dismiss pursuant to Federal Rule of Criminal Procedure 48(a). Filing 11. The Government requests leave to dismiss, without prejudice, the Indictment, Filing 4, against defendants Kaina Andrea Angulo-Parra, Yeitcker A. Perez Martinez, and Juliannys Beatriz Delgado Maestre. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED that the Government's Motion to Dismiss, Filing 11, is granted, and the Indictment, Filing 4, against defendants Kaina Andrea Angulo-Parra, Yeitcker A. Perez Martinez, and Juliannys Beatriz Delgado Maestre is dismissed without prejudice.

Dated this 23rd day of February, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge